Steven A. Seick, Attorney at Law
California State Bar No. 144819
110 West C St., Suite 1809
San Diego, CA 92101
(619) 234-6104; e-mail - steveseick@cox.net

Attorney for Eskandar Kazerouni

FILED
08 MAR 25 AM 11:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eskandar Kazerouni, Plaintiff, | Civil Case No. '08 CV 0556 BEN BLM |
| v. | DHS No. A77-200-263 |
| Michael Chertoff, Secretary, Department of Homeland Security, | COMPLAINT FOR A WRIT IN THE NATURE OF MANDAMUS |
| Emilio Gonzalez, Director, United States Citizenship and Immigration Services, | |
| Paul Pierre, District Director, San Diego District, United States Citizenship and Immigration Services, | |
| Michael Mukasey, Attorney General of the United States, | |
| Robert Mueller, III, Director, Federal Bureau of Investigation, | |
| Defendants. | |

Plaintiff alleges as follows:

1. Plaintiff Eskandar Kazerouni is an individual and an applicant for naturalization in the United States. Plaintiff resides within the jurisdiction of this Court. Plaintiff's claim to relief arises under 8 U.S.C. §§ 1421 and 1447(b).

2. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS). Defendant Emilio Gonzalez is the Director of the United States Citizenship and Immigration Services (USCIS). Defendant Paul Pierre is the District Director of the San Diego District of USCIS. Defendant Michael Mukasey is the

CR

Attorney General of the United States. Defendant Robert Mueller, III, is the Director of the Federal Bureau of Investigation. All defendants are sued in their professional capacities.

3. The Court has jurisdiction of this action pursuant to 8 U.S.C. §§ 1421 and 1447(b), 5 U.S.C. § 701 *et seq.*, and 28 U.S.C. § 2201 *et seq.*, and relief is requested pursuant to these statutes.

4. Plaintiff applied for naturalization on March 13, 2006, pursuant to 8 U.S.C. § 1421 with USCIS. Defendants have a duty to adjudicate this application.

5. USCIS added a new type of background investigation several years ago to the naturalization process. Called name checks, these investigations involve the review of FBI records based on the full name of the applicant. The FBI conducts the name check through manual and electronic searches of FBI records. USCIS requests FBI name checks for all naturalization applications.

6. Plaintiff's fingerprints and biometrics were taken by USCIS on April 20, 2006, in order for the FBI to perform criminal, security and name checks.

7. Plaintiff appeared for a naturalization examination on June 26, 2006. Plaintiff was informed, however, that a decision could not be made because the name check had not been completed.

8. Plaintiff has repeatedly asked USCIS when a decision will be made. USCIS has told plaintiff a decision on his application continues to be delayed as the name check has not been completed by the FBI.

9. Plaintiff has exhausted his administrative remedies.

10. Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with law.

11. Pursuant to 8 U.S.C. § 1447(b), the plaintiff may apply to the United States District Court for a hearing on the matter. The District Court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions, to USCIS to determine the matter.

12. In addition, Defendants are in violation of the Administrative Procedures Act, 5 U.S.C. § 701 *et seq.*, are unlawfully withholding or unreasonably delaying action on plaintiff's application to naturalize by failing to complete the name check, and have failed to carry out the adjudicative functions delegated to them by law with regard to plaintiff's case.

WHEREFORE, plaintiff prays:

A. That the defendants be ordered to promptly adjudicate his case in a time period not to exceed 90 days,

B. For reasonable attorney's fees, and

C. For other relief as the court may deem proper.

//

//

//

Dated: March 25, 2008

Steven A. Seick
Attorney for Plaintiff Eskandar Kazerouni

**UNITED STATES**
**DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 149091 - SH**

**March 25, 2008**
**11:49:58**

**Civ Fil Non-Pris**
USAO #.: 08CV0556
Judge..: ROGER T BENITEZ
Amount.: $350.00 CC

**Total-> $350.00**

FROM: KAZEROUNI V. CHERTOFF

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Eskandar Kazerouni

**DEFENDANTS** Michael Chertoff, Secretary, Dept. of Homeland Security; Emilio Gonzalez, Director, U.S. Citizenship & Immigration Services; Paul Pierre, District Director, San Diego District, U.S. Citizenship & Immigration Services; Michael Mukasey, U. S. Attorney General; Robert Mueller III, Director, Federal Bureau of Investigation

08 MAR 25 AM 11: 47

CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

**(b)** County of Residence of First Listed Plaintiff San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Steven A. Seick, Attorney at Law; (619) 234-6104
110 West C St., Suite 1809; San Diego, CA 92101

Attorneys (If Known)

**'08 CV 0556 BEN BLM**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**): 8 U.S.C. § 1447(b)

Brief description of cause:
Defendants have failed or refused to adjudicate plaintiff's naturalization application within 120 days.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE DOCKET NUMBER

DATE 3/25/08 SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # 149091 AMOUNT $350 APPLYING IFP JUDGE MAG. JUDGE

3/25/08