Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 25 AM 11:49
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Eskandar Kazerouni

vs

Michael Chertoff, Secretary, Department of Homeland Security
Emilio Gonzalez, Director, United States Citizenship and Immigration Services
Paul Pierre, District Director, San Diego District, United States Citizenship and Immigration Services
Michael Mukasey, Attorney General of the United States
Robert Mueller, III, Director, Federal Bureau of Investigation

**SUMMONS IN A CIVIL ACTION**
Case No. 08 CV 0556 BEN BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Steven A. Seick
110 West C St., Suite 1809
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. — 3/25/08

CLERK — DATE

By C. PUTTMANN, Deputy Clerk



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)