KAREN P. HEWITT
United States Attorney
CAROLINE J. CLARK
Assistant U.S. Attorney
California State Bar No. 220000
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7491
Facsimile: (619) 557-5004
E-mail: caroline.clark@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESKANDAR KAZEROUNI,<br><br>Plaintiff,<br>v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; PAUL PIERRE, District Director, San Diego District, United States Citizenship and Immigration Services; MICHAEL MUKASEY, Attorney General of the United States; ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,<br><br>Defendants. | Case No. 08cv0556 BEN (BLM)<br><br>JOINT MOTION TO REMAND |

COME NOW THE PARTIES, Plaintiff Eskandar Kazerouni, by and through counsel, Steven A. Seick, and Defendants Michael Chertoff, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Caroline J. Clark, Assistant United States Attorney, and hereby jointly move the Court to remand this complaint to U.S. Citizenship and Immigration Services (USCIS) for adjudication. The undersigned attorney for the Defendants has informed counsel for the Plaintiff that the FBI has completed its name check and that USCIS is now prepared to complete its investigation and adjudication of Plaintiff's naturalization application. In the event the naturalization application is not adjudicated

//

within sixty days of the Court's order remanding the case, Defendants do not object to Plaintiff's being granted sixty days leave to amend his complaint.

DATED: May 5, 2008

s/ Steven A. Seick
______________________
STEVEN A. SEICK
Attorney for Plaintiff
E-Mail: steveseick@cox.net

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Steven Seick to affix his electronic signature to this document.

DATED: May 5, 2008

KAREN P. HEWITT
United States Attorney

s/ Caroline J. Clark
______________________
CAROLINE J. CLARK
Assistant United States Attorney
Attorneys for Defendants
E-Mail: caroline.clark@usdoj.gov