KAREN P. HEWITT
United States Attorney
CAROLINE J. CLARK
Assistant U.S. Attorney
California State Bar No. 220000
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7491
Facsimile: (619) 557-5004
E-mail: caroline.clark@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESKANDAR KAZEROUNI,<br><br>Plaintiff,<br>v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; PAUL PIERRE, District Director, San Diego District, United States Citizenship and Immigration Services; MICHAEL MUKASEY, Attorney General of the United States; ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,<br><br>Defendants, | Case No. 08cv0556 BEN (BLM)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of: **JOINT MOTION TO REMAND** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

Steven A. Seick, Esq.
Attorney for Plaintiff
E-Mail: steveseick@cox.net

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2008.

s/ Caroline J. Clark
Caroline J. Clark