FILED
MAY - 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESKANDAR KAZEROUNI,<br>Plaintiff,<br>vs.<br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; PAUL PIERRE, District Director, San Diego District, United States Citizenship and Immigration Services; MICHAEL MUKASEY, Attorney General of the United States; ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,<br>Defendants. | Case No. 08cv0556 BEN (BLM)<br>USCIS No. A77 200 263<br>**ORDER GRANTING JOINT MOTION TO REMAND** |

Having considered the parties' Joint Motion to Remand (Docket No. 3 (May 5, 2008)) and finding the motion meritorious, the Court grants the motion and remands this matter to the United States Citizenship and Immigration Services for adjudication of Plaintiff Eskandar Kazerouni's naturalization application within sixty days of the entry of this Order. In the event that Kazerouni's application is not adjudicated within sixty days, he is granted sixty days leave to amend his Complaint.

IT IS SO ORDERED.

DATED: May 8, 2008

[signature]
Roger T. Benitez
United States District Judge